UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


MARQUISE WHITE #838737,

       Plaintiff,

                                     Case No. 2:23-cv-196

v.

                                     HONORABLE PAUL L. MALONEY

CHIPPEWA CORRECTIONAL FACILITY,
et al.,

       Defendants.

_____/


**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  July 16, 2026                       /s/  Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge